FILED'10 SEP 7 12:21 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

LYUBOV A. KOZAREZ,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.

CV 09-313-BR

ORDER

Based upon the Amended Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$6542.03** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: September 7, 2010.

                                    ANNA J. BROWN
                                    United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff